Douglas Pahl, OSB No. 950476
DPahl@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Counsel for Plaintiff and Debtor
*15005 NW Cornell LLC*

Bruce H. Orr, OSB No. 813297
WYSE KADISH LLP
bho@wysekadish.com
900 SW Fifth Ave., Suite 2000
Portland, OR 97204
Telephone: 503.228.8448
Facsimile: 503.273.9135

Counsel for Defendant and Creditor
*Tasha Teherani-Ami, in her capacity as the Trustee of the Sonja Dinihanian GST Trust DTS 01/01/11*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW CORNELL LLC, and<br><br>VAHAN M. DINIHANIAN, JR.<br><br>Debtors.[1] | Bankruptcy Case Nos.<br><br>19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 15005 NW Cornell LLC (5523) and Vahan M. Dinihanian, Jr. (0871) (Case No. 19-31886-dwh11)).

PAGE 1- STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

153316194.1

Case 20-03079-dwh    Doc 23    Filed 08/03/21

| | |
|---|---|
| 15005 NW CORNELL LLC, an Oregon limited liability corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TASHA TEHERANI-AMI, IN HER CAPACITY AS THE TRUSTEE OF THE SONJA DINIHANIAN GST TRUST DTS 01/01/11,<br><br>　　　　　　　Defendant. | Adv. Proc. No. 20-03079-dwh<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS** |

## MOTION

Counsel for plaintiff 15005 NW Cornell LLC ("**Cornell**") and defendant Tasha Teherani-Ami, in her capacity as the Trustee of the Sonja Dinihanian GST Trust DTS 01/01/11 (the "**Trust**," and together with Cornell the "**Parties**") respectfully move the Court to enter an Order in the form of the attached (Exhibit 1) on a stipulated basis, extending the deadline for the Parties to file Summary Judgment Motions from August 3, 2021 to August 5, 2021.

In support of this motion, the Parties assert the following:

1. On June 29, 2021, the Court held a Continued Pretrial Conference at which the Parties agreed, as reflected in the Record of Proceeding (Dkt. 20), that Summary Judgment Motions would be filed on or before August 3, 2021.

2. The Parties have discussed the deadline and have mutually agreed the date should be extended by two days, from August 3, 2021 to August 5, 2021 and to respectfully convey that request on a stipulated basis to the Court.

/ / /

/ / /

/ / /

/ / /

PAGE 2- STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

153316194.1

Case 20-03079-dwh    Doc 23    Filed 08/03/21

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

3. The Parties agree the remainder of the briefing and hearing schedule should remain the same.

IT IS SO STIPULATED.

Dated: August 3, 2021

**PERKINS COIE LLP**

By: */s/ Douglas R. Pahl*
    Douglas R. Pahl, OSB No. 950476
    DPahl@perkinscoie.com
    PERKINS COIE LLP
    1120 N.W. Couch Street, Tenth Floor
    Portland, OR 97209-4128
    Telephone: 503.727.2000
    Facsimile: 503.727.2222

Counsel for Plaintiff and Debtor
*15005 NW Cornell LLC*

DATED: August 3, 2021

**WYSE KADISH LLP**

By: */s/ Bruce H. Orr*
    Bruce H. Orr, OSB No. 813297
    WYSE KADISH LLP
    bho@wysekadish.com
    900 SW Fifth Ave., Suite 2000
    Portland, OR 97204
    Telephone: 503.228.8448
    Facsimile: 503.273.9135

Counsel for Defendant and Creditor
*Tasha Teherani-Ami, in her capacity as the Trustee of the Sonja Dinihanian GST Trust DTS 01/01/11*

PAGE 3- STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

153316194.1

Case 20-03079-dwh    Doc 23    Filed 08/03/21

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW CORNELL LLC, and<br><br>VAHAN M. DINIHANIAN, JR.<br><br>               Debtors.[1] | Bankruptcy Case Nos.<br>19-31883-dwh11 (Lead Case)<br>19-31886-dwh11<br>Jointly Administered Under<br>Case No. 19-31883-dwh11 |
| 15005 NW CORNELL LLC, an Oregon limited liability corporation,<br><br>               Plaintiff,<br>    v.<br><br>TASHA TEHERANI-AMI, IN HER CAPACITY AS THE TRUSTEE OF THE SONJA DINIHANIAN GST TRUST DTS 01/01/11,<br><br>               Defendant. | Adv. Proc. No. 20-03079-dwh<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 15005 NW Cornell LLC (5523) and Vahan M. Dinihanian, Jr. (0871) (Case No. 19-31886-dwh11)).

PAGE 1- ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

153316194.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Exhibit 1
Page 1 of 3

1  THIS MATTER came before the Court on plaintiff 15005 NW Cornell LLC ("**Cornell**") and

2  defendant Tasha Teherani-Ami's, in her capacity as the Trustee of the Sonja Dinihanian GST Trust DTS

3  01/01/11 (the "**Trust**," and together with Cornell the "**Parties**") Stipulated Motion for Extension of

4  Time to File Summary Judgment Motions (the "**Motion**"). The Court having reviewed the Motion, and

5  being otherwise duly advised, now, therefore,

6  IT IS HEREBY ORDERED as follows:

7  1.  The deadline for the Parties to file Summary Judgment Motions is extended to August 5,

8  2021.

9

   ###

10

11  Presented By:

   **PERKINS COIE LLP**

12

13  By: */s/ Douglas R. Pahl*
       Douglas R. Pahl, OSB No. 950476
14     DPahl@perkinscoie.com
       Matthew J. Mertens, OSB No. 146288
15     MMertens@perkinscoie.com
       PERKINS COIE LLP
16     1120 N.W. Couch Street, Tenth Floor
       Portland, OR 97209-4128
17     Telephone: 503.727.2000
       Facsimile: 503.727.2222

18
    Counsel for Plaintiff and Debtor
19  *15005 NW Cornell LLC*

20

21

22

23

24

25

26

PAGE 2-  ORDER GRANTING STIPULATED MOTION
         FOR EXTENSION OF TIME TO FILE
         SUMMARY JUDGMENT MOTIONS

153316194.1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

| | |
|---|---|
| 1 | **WYSE KADISH LLP** |
| 2 | |
| 3 | By: */s/ Bruce H. Orr* <br> Bruce H. Orr, OSB No. 813297 |
| 4 | WYSE KADISH LLP <br> bho@wysekadish.com |
| 5 | 900 SW Fifth Ave., Suite 2000 <br> Portland, OR 97204 |
| 6 | Telephone: 503.228.8448 <br> Facsimile: 503.273.9135 |
| 7 | |
| 8 | Counsel for Defendant and Creditor <br> *Tasha Teherani-Ami, in her capacity as the* |
| 9 | *Trustee of the Sonja Dinihanian GST Trust DTS 01/01/11* |

PAGE  3-  ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME TO FILE
SUMMARY JUDGMENT MOTIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

153316194.1

Case 20-03079-dwh    Doc 23    Filed 08/03/21

Exhibit 1
Page 3 of 3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below they caused the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS** to be served via the CM/ECF system on the parties set forth below:

| | |
|---|---|
| Bruce H. Orr, OSB No. 813297<br>WYSE KADISH LLP<br>900 SW Fifth Ave., Suite 2000<br>Portland, OR 97204<br><br>Counsel for Defendant and Creditor<br>*Tasha Teherani-Ami, in her capacity as the Trustee of the Sonja Dinihanian GST Trust DTS 01/01/11* | Nicholas J. Henderson<br>MOTSCHENBACHER & BLATTNER, LLP<br>117 SW Taylor Street, Ste. 300<br>Portland, OR 97204-3029<br><br>Counsel for Debtor<br>*Vahan M. Dinihanian, Jr.* |

Dated:  August 3, 2021        **PERKINS COIE LLP**

By: */s/ Douglas R. Pahl*
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Counsel for Plaintiff and Debtor
*15005 NW Cornell LLC*

PAGE   1-   CERTIFICATE OF SERVICE

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

153316194.1

Case 20-03079-dwh    Doc 23    Filed 08/03/21